UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IBRAHIM DONMEZ,

                Plaintiff,

     -against-                         20-CV-5586 (LLS)

NYC DEPARTMENT OF CONSUMER        ORDER
AFFAIRS, *et al.*,

                Defendants.

LOUIS L. STANTON, United States District Judge:

     By order dated October 5, 2020, the Court granted Plaintiff 30 days' leave to file an amended complaint, not to exceed 20 pages. The Court cautioned Plaintiff that failure to comply with the October 5, 2020 order would result in dismissal of the action for failure to state a claim. On October 23, 2020, the Court received Plaintiff's "motion requesting modification of order to amend." (ECF No. 14.) The motion is denied. The Court grants Plaintiff an additional 30 days from the date of this order to file his amended complaint. No further extensions shall be granted.

SO ORDERED.

Dated:   November 6, 2020
           New York, New York

                                                                     *Louis L. Stanton*
                                                                     Louis L. Stanton
                                                                        U.S.D.J.